IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3048 |
| vs. | |
| TROY SMITH JR., | ORDER |
| Defendant. | |

The court has reviewed the audio files of the initial appearance held on June 28, 2016. (Filing Nos. 83 & 84). After having the opportunity to consult with counsel, the defendant stated on the record that he was willing to waive his right to a preliminary hearing and to a detention hearing. He now moves to withdraw those waivers.

While the court could Defendant's motions to withdraw his waivers, out of an abundance of caution, the court will grant the motions. Since the defendant has now been moved to CCA Leavenworth, and will likely not be returned to Saline County, the detention and preliminary hearings will be held in Omaha.

Accordingly,

IT IS ORDERED:

1) Defendant's motions, (Filing Nos. 83 and 84), are granted.

2) A preliminary hearing and a detention hearing will be held at 12:30 p.m. on July 21, 2016 before the undersigned magistrate judge in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) The defendant, defense counsel, and counsel for the government shall attend.

July 6, 2016.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge