IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3048 |
| vs. | |
| TROY SMITH, JR., | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue (filing 159) is granted.

2. Defendant Troy Smith, Jr.'s violation of supervised release hearing is continued to January 15, 2020, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of September, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge